IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: Increase in Attorney Admission )
Fee for Special Court Fund ) MISC NO. MC416-18

O R D E R

On October 26, 2016, a memorandum was issued by the Director of the Administrative Office of the United States Courts providing notice of an increase in the attorney admission fee to be collected by the Clerk's Office of the United States District Court from one hundred seventy-six dollars ($176.00) to one hundred eighty-one dollars ($181.00). This increased attorney admission fee is to become effective December 1, 2016.

In order for this Court to maintain its Special Court Fund in the same status it has been in the past, it is therefore necessary for the attorney admission fee for the Southern District of Georgia to be established and increased as follows: The fee to be charged commencing December 1, 2016 will be two hundred thirty-one dollars ($231.00) for all attorneys seeking to plea and practice in this Court.

IT IS ORDERED that the Clerk of Court for the Southern District of Georgia shall continue the maintenance and use of this trustee account as previously ordered by this Court in its orders dated February 22, 1984 and August 21, 1992.

SO ORDERED this _1st_ day of December, 2016.

Lisa Godbey Wood, Chief Judge
United States District Court

William T. Moore, Jr., Judge
United States District Court

J. Randal Hall, Judge
United States District Court

Dudley H. Bowen, Jr., Judge
United States District Court